AT & T Universal Master Card
PO Box 6500
Sioux Falls, SD 57117

Bank of America Visa
PO Box 982235
El Paso, TX 79998

Discover
PO Box 30421
Salt Lake City, UT 84130

Chase Slate
PO Box 1422
Charlotte, NC 28201

Capital One
PO Box 30285
Salt Lake City, UT 83130

Sears
PO Box 78051
Phoenix, AZ 85062